**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | |
|---|---|
| In re: * | |
| * | Case No. 18-11415-MMH |
| Theodore W. Wood * | |
| * | Chapter 13 |
| Debtor * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER REGARDING MOTION TO EXTEND AUTOMATIC STAY

Upon Consideration of Debtor's Motion to Extend Automatic Stay, any response(s) thereto, a hearing having been conducted and it appearing from the evidence that the relief requested is appropriate, it is hereby

**ORDERED**, that the Automatic Stay as to all creditors is extended from the date of filing of the petition until the conclusion of the case, subject to any other adjudications of Motions for Relief that may occur in the instant case.

cc:
Douglas R. Gorius, Debtor's Counsel
Theodore W. Wood, Debtor
Robert S. Thomas, II, Esq., Trustee
All creditors listed on the mailing matrix

**End of Order**