Entered: February 21st, 2018
Signed: February 21st, 2018

**SO ORDERED**

The matter described below shall be set for hearing on February 28, 2018, at 2:00 p.m.



**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18–11415 – MMH**   Chapter: **13**

**Theodore W. Wood**
Debtor

### ORDER AND NOTICE OF A HEARING
### ON MOTION TO EXTEND AUTOMATIC STAY

The debtor(s) having filed a motion to extend automatic stay pursuant to 11 U.S.C. § 362(c)(3)(B), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to extend automatic stay will be held on the date and time set forth above, in Courtroom 9C of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.

cc:  Debtor
   Attorney for Debtor – Douglas Robert Gorius
   Case Trustee – Robert S. Thomas II
   All Creditors

**End of Order**

37x04 (rev. 01/26/2006) – jwhitfield