Case 18-11415   Doc 82   Filed 04/19/19   Page 1 of 1

Entered: April 19th, 2019
Signed: April 18th, 2019

**SO ORDERED**

Up to and including May 17, 2019.



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18–11415 – MMH**   Chapter: **7**

**Theodore W. Wood**
Debtor

### ORDER GRANTING
### MOTION TO EXTEND TIME TO FILE THE FINANCIAL MANAGEMENT CERTIFICATE

Upon consideration of the motion to extend time to file the financial management certificate filed by the debtor it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion to extend time to file the financial management certificate is hereby granted.

cc:   Debtor
      Attorney for Debtor – Douglas Robert Gorius
      All Parties
      All Counsel
      Case Trustee – Zvi Guttman

      U.S. Trustee

**End of Order**

44x01 (rev. 06/19/1998) – jhutchinson